THIS OPINION HAS NO PRECEDENTIAL
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
 EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 The State, Respondent,
 v.
 William Kelly, Appellant.
  
 
 
 

 
Appeal from Darlington County
 J. Michael Baxley, Circuit Court Judge

Memorandum Opinion No.  2012-MO-010
Heard April 4, 2012  Filed April 11, 2012  

AFFIRMED

 
 
 
 Appellate Defender Tristan M. Shaffer and Appellate Defender Susan
 B. Hackett, South Carolina Commission on Indigent Defense, of Columbia, for
 Appellant.
 Attorney General Alan Wilson, Chief Deputy Attorney General John
 W. McIntosh, Chief Deputy Attorney General Salley W. Elliott and Assistant
 Attorney General William M. Blitch, Jr., Office of the Attorney General, of
 Columbia, Solicitor William Benjamin Rogers, Jr., for Respondent.
 
 
 

PER CURIAM: 
 William Kelly appeals the denial of his motion for a directed verdict, arguing the
 State did not produce sufficient evidence demonstrating that the acts Kelly
 allegedly committed were done in Darlington County.  We affirm pursuant to Rule
 220(b)(1), SCACR, and the following authorities:  State v. Brisbon, 323 S.C. 324, 327, 474 S.E.2d 433, 435 (1996) ("Evidence of
 venue, though slight, is sufficient in the absence of conflicting evidence and
 may be proved by circumstantial evidence as well as direct evidence."); State v. Williams, 321 S.C. 327, 334, 468 S.E.2d 626, 630
 (1996) ("[V]enue, like jurisdiction, in a criminal case need not be
 affirmatively proved, and circumstantial evidence of venue, though slight, is
 sufficient to establish jurisdiction."); 21 Am. Jur. 2d Criminal Law § 469 ("Where uncertainty
 exists, the accused may be tried in any county in which evidence indicates the
 crime might have been committed.").
AFFIRMED.

PLEICONES, ACTING CHIEF
 JUSTICE, BEATTY, KITTREDGE, HEARN, JJ., and Acting Justice James E. Moore,
 concur.